BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
SUPERIOR ONE TRANSPORTATION IN §  Case No.: 24-30632-11
§
§
Debtor(s) §
§

**FILED**
MAR 0 6 2024
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

### VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☑ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

4-5-2024
Date

Signature of Attorney (if applicable)

Superior One Transportation Inc
Signature of Debtor   Jim Brandon

82-3620338
Debtor's Social Security (*last four digits only*) /Tax ID No.

Signature of Joint Debtor (if applicable)

Joint Debtor's Social Security (*last four digits only*) /Tax ID No.

Richardson East Triangle
Shopping Center LLC
2711 N. Haskell Ave
#2400 Dallas, TX 75204